**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH <br><br> MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Nicol D. Bates v. Bayer Corporation, et al.* | No. 11-cv-12258-DRH |
| *Stacee Camara v. Bayer Corporation, et al.* | No. 12-cv-10061-DRH |
| *Robin Gayle Chesnick v. Bayer Corporation, et al.* | No. 10-cv-13718-DRH |
| *Elizabeth Denley v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10285-DRH |
| *Katelynn Jordan v. Bayer Corporation, et al.* | No. 10-cv-10785-DRH |
| *Rebecca M. Juges v. Bayer Corporation, et al.* | No. 11-cv-13132-DRH |
| *Lynsie Powell v. Bayer Corporation, et al.* | No. 10-cv-10504-DRH |
| *Misty Powers v. Bayer Corporation, et al.* | No. 10-cv-10548-DRH |
| *Jacqueline Salter v. Bayer Corporation, et al.* | No. 10-cv-10551-DRH |
| *Emily Rae Smyers v. Bayer Corporation, et al.* | No. 10-cv-10973-DRH |
| *Shelby Louise Taylor v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12700-DRH |
| *Joy Whitley v. Bayer Corporation, et al.* | No. 10-cv-10853-DRH |

**JUDGMENT IN A CIVIL CASE**

   **DECISION BY COURT.**   These matters are before the Court for the

purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on and February 21, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT


BY:   /s/*Sara Jennings*
Deputy Clerk

**Dated:**  February 24, 2014

Digitally signed by
David R. Herndon
Date: 2014.02.24
17:06:57 -06'00'

**APPROVED:**
CHIEF JUDGE
U. S. DISTRICT COURT

2